**Order entered February 8, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01112-CR

**JONATHAN OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-57776**

### ORDER

Appellant's second motion for extension of time to file the brief is **GRANTED**, and we **ORDER** appellant's brief filed on or before **MARCH 5, 2023**.

/s/ ERIN A. NOWELL
JUSTICE